IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

LARRY COCHRAN,

    Petitioner,

v.

CAROL HOLINKA, Warden,
Federal Correctional Institution,
Oxford, Wisconsin,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 10-cv-490-wmc

---

    This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that the petition of Larry Cochran for a writ of habeas corpus under 28 U.S.C. § 2241 is dismissed.

_____       _1-24-2011_
Peter Oppeneer, Clerk of Court      Date